UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGGORY LAWRENCE,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:14-cv-01885-JCM-PAL<br><br>**ORDER**<br><br>(Receipt of Initiating Docs. – Dkt. #1) |

　　　　This matter is before the Court on Plaintiff Greggory Lawrence's failure to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") in this case. This proceeding was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.

　　　　Plaintiff is proceeding in this action *pro se*. He submitted a Complaint (Dkt. #1) as part of his initiating documents, but did not submit an IFP application or pay the $400.00 filing fee. In order to proceed in this action without paying the standard filing fee, Local Rule LSR 1-1 provides that a litigant must submit the Court's form IFP application.

　　　　Accordingly,

　　　　**IT IS ORDERED:**

　　　　1. The Clerk of the Court is instructed to mail Plaintiff a blank form Application to Proceed *in Forma Pauperis* with instructions.

　　　　2. Plaintiff shall have until **August 17, 2015**, to file the Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial affidavit disclosing the applicant's income, assets, expenses and liabilities.

　　　　3. Alternatively, Plaintiff shall pay the filing fee of four hundred dollars ($400.00), accompanied by a copy of this Order, on or before **August 17, 2015**.

///

4. Plaintiff's failure to comply with this Order by: (a) submitting an Application to Proceed *In Forma Pauperis*, or (b) paying the filing fee, before the deadline will result in a recommendation to the District Judge that this case be dismissed.

5. The Clerk of Court shall retain Plaintiff's Complaint (Dkt. #1).

Dated this 17th day of July, 2015.

                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE